JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 12-1180-MWF (SPx)**                    Date:  **June 13, 2012**

Title:     Paulina S. Ung v. Quality Loan Services Corporation et al

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                             None Present

PROCEEDINGS (IN CHAMBERS):  ORDER DISMISSING ACTION WITH PREJUDICE

On April 19, 2012, the Court dismissed Plaintiff's Complaint with leave to amend on or before May 9, 2012.  (Docket No. 17).  In the Order, the Court stated that failure to file an amended complaint within the prescribed deadline may result in dismissal of this action with prejudice.  *See* Fed. R. Civ. P. 41(b).  Plaintiff has not filed an amended complaint.  Accordingly, the action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                                            ___: N/A
                                                  Initials of Preparer   RS